■ In the Matter of WILLIAM HARRINGTON, Petitioner, v ALBERT PRACK, as Director of Special Housing and Inmate Disciplinary Programs, Respondent. [936 NYS2d 923]—

We confirm. The misbehavior report and related documentation, together with the testimony adduced at the hearing, provide substantial evidence supporting the determination of guilt (*see Matter of Hamilton v Fischer*, 84 AD3d 1614 [2011]; *Matter of Malik v Bezio*, 76 AD3d 1128, 1128 [2010]). Petitioner's denial of the charges and claim that the misbehavior report was fabricated presented a credibility issue for the Hearing Officer to resolve (*see Matter of Coleman v Fischer*, 87 AD3d 778, 779 [2011]; *Matter of Cooper v Prack*, 85 AD3d 1470, 1471 [2011]). Furthermore, his assertion that the Hearing Officer was biased has not been preserved for our review due to his failure to raise it in his administrative appeal (*see Matter of Britt v Fischer*, 54 AD3d 1087 [2008]).

Peters, J.P., Lahtinen, Malone Jr., McCarthy and Garry, JJ., concur. Adjudged that the determination is confirmed, without costs, and petition dismissed.